UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL R. SPRINGFIELD | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NO. 3:11CV-566-S |
| | ) | |
| TROVER SOLUTIONS, INC. | ) | NOTICE OF REMOVAL |
| | ) | |
| Defendant | ) | |

In accordance with the provisions of 28 U.S.C. §1446, NOTICE IS GIVEN as follows:

Defendant, Trover Solutions, Inc., ("*Trover*"), by counsel, gives notice of removal of this action from the Circuit Court of Jefferson County, Kentucky, where it was commenced and is presently pending (Case No. 11-CI-06106), to the United States District Court, Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §1441, *et seq*. True copies of the process and pleadings are attached hereto as Exhibit "A".

The grounds for removal are as follows:

1. The Complaint was filed in this action on September 16, 2011, against Trover. Trover was served with the Complaint on September 22, 2011. Therefore, the 30 day period from the service of the Complaint upon Trover, within which Trover is required to file a Notice of Removal to this Court, has not yet expired.

2. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. §1331 (federal question jurisdiction). This action may be removed from the Jefferson County Circuit Court pursuant to the provisions in 28 U.S.C. §1441 because this is a civil action in which the district court of the United States has original jurisdiction founded on a claim or right arising under the laws of the United States, specifically a claim for employment

discrimination under the Americans with Disabilities Act, 42 U.S.C. §§12101 et seq. ("The ADA claim")

   3. This court has supplemental jurisdiction, pursuant to 28 U.S.C. §1331(c) and 28 U.S.C. §1367(a), over Plaintiff's additional state law claims for race discrimination in violation of the Kentucky Civil Rights Act, KRS Chapter 344, in that the state law race discrimination claims are so related to the ADA claim as to form part of the same case or controversy, containing a common nucleus of operative facts, as is evidenced by Plaintiff's Complaint in which the ADA claim at numerical paragraph 26 specifically incorporates all of the facts of the prior allegations including all of the allegations supporting the race discrimination claims..

   4. Removal to this district and division is proper under 28 U.S.C. §1441 (a) because this is the district and division embracing the place where the action is pending. As stated in Paragraph 1 above, this notice is filed within 30 days after receipt by Trover through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

   5. Written notice of the filing of this Notice of Removal is being properly given to Plaintiff's counsel, and a copy of this Notice of Removal is being promptly filed with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. §1446(d), which provides that the state court shall proceed no further and that this Notice effects the removal.

   Wherefore, counsel for Trover respectfully notifies the Court that the action now pending against Trover has been removed to ths Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

**BOROWITZ & GOLDSMITH, PLC**

    /s/Ayala Golding
RUBY D. FENTON-ILER
AYALA GOLDING
401 West Main Street, Suite 1100
Louisville, KY 40202
Phone: (502) 584-7371
Facsimile: (502) 584-7386
*Counsel for Defendant*

CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Notice of Removal was emailed, and mailed, first class mail, postage prepaid, on this the 12th day of October, 2011, to the following:

    Joseph D. Wibbels, Jr., Esq.
    joe@wibbelslaw.com
    Wibbels Law Office, PLLC
    1562 Bardstown Road, Suite 203
    Louiville, KY 40205

    /s/Ayala Golding
Ruby D. Fenton-Iler
Ayala Golding

F:\Clients\T\TroverSolutions.rdf\SpringfieldMichael\Notice.Removal.wpd