UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **MICHAEL R. SPRINGFIELD,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 3:11-CV-566-S<br>) JUDGE CHARLES R. SIMPSON, III |
| **TROVER SOLUTIONS, INC.,** | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Defendant Trover Solutions, Inc. ("Defendant"), by counsel, and Plaintiff Michael R. Springfield ("Plaintiff") by counsel, having settled this matter, agree that this action shall be, and hereby is, DISMISSED WITH PREJUDICE, and the Court shall strike this matter from its active docket.

July 13, 2012

Charles R. Simpson III, Judge
United States District Court

HAVE SEEN AND AGREED:

/s/ LaToi D. Mayo
LaToi D. Mayo
Christi R. Lee
Littler Mendelson, P.S.C.
333 West Vine Street, Suite 1620
Lexington, KY  40507
Telephone: 859.317.7970

Facsimile: 859.422.6747
lmayo@littler.com
crlee@littler.com
*Counsel for Trover Solutions, Inc.*
*Defendant*


*/s/ Joseph D. Wibbels, Jr.*
Joseph D. Wibbels, Jr.
1562 Bardstown Road, Suite 203
Louisville, Kentucky 40205
*Counsel for Plaintiff*


Firmwide:112751702.1 062970.1005